**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WALTER LEIGH SILVERBERG, JR. AND | § | |
| EUNICE MAY SILVERBERG | | |
| | § | CASE NO. 15-40805 |
| Debtors | | |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now MACKIE WOLF ZIENTZ & MANN, P.C., pursuant to Bankruptcy Rules 9010(b), 2002(a), (b), 3017(a), 9007 and files this Notice of Appearance and Demand for Service of Papers as Counsel for SELECT PORTFOLIO SERVICING, INC. as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-2 ASSET BACKED NOTES its successors and/or assigns, a secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the mailing address, fax number or e-mail address set forth below.

MACKIE WOLF ZIENTZ & MANN, P.C. additionally requests that the DEBTOR and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case,

15-000134-850-2

and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.

/s/ Michael W. Zientz
_____
/s/ Michael W. Zientz
State Bar No.: 24003232
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
E-mail: mzientz@mwzmlaw.com

ATTORNEY FOR SELECT PORTFOLIO SERVICING, INC. as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-2 ASSET BACKED NOTES

## CERTIFICATE OF SERVICE

I, Michael W. Zientz, hereby certify that a true and correct copy of the above and foregoing Notice of Appearance has been served on the following parties via fax, U.S. Mail, e-mail or ECF on October 15, 2019.

/s/ Michael W. Zientz
_____
/s/ Michael W. Zientz
Mackie Wolf Zientz & Mann, P.C.

Via Pre-Paid U.S. Mail:
Walter Leigh Silverberg, Jr.
1255 Timber Ln
Frisco, TX 75034-1744

15-000134-850-2

Eunice May Silverberg
1255 Timber Ln
Frisco, TX 75034-1744
Debtor(s)

Via ECF:
Robert M. Nicoud, Jr.
10440 N. Central Expwy
Suite 800
Dallas, TX 75231
Attorney for Debtor(s)

Via ECF:
John Talton
110 N. College Ave.
Suite 300
Tyler, TX 75702
11 Trustee

Via ECF:
US Trustee

15-000134-850-2