IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | CASE NUMBER: 15-40805 |
| WALTER LEIGH SILVERBERG, JR. § | |
| AND EUNICE MAY SILVERBERG § | |
| DEBTOR(S) § | |
| § | CHAPTER 11 |

## **REQUEST FOR NOTICES**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT JUDGE:

    COMES NOW, the undersigned attorney who requests that all notices in the above-encaptioned matter be copied to Shapiro Schwartz, LLP as follows:

**Shapiro Schwartz, LLP**
**13105 Northwest Freeway**
**Suite 1200**
**Houston, TX 77040**

Respectfully submitted,
SHAPIRO SCHWARTZ, LLP

By: */s/ Kirk A. Schwartz*
Kirk A. Schwartz
State Bar No. 24004908
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone (713) 462-2565
Facsimile (847)879-4856
Email kschwartz@logs.com
Attorney for Select Portfolio Servicing, Inc.